■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CUSTODIO, Appellant. [665 NYS2d 302] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J.), rendered January 6, 1995, convicting him of murder in the second degree and burglary in the first degree, upon a jury verdict, and imposing an indeterminate term of 22 years to life imprisonment on the conviction of murder in the second degree and 8⅓ to 25 years imprisonment on the conviction of burglary in the first degree. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress certain statements made by him to law enforcement authorities.

Ordered that the judgment is modified, as a matter of discretion in the interest of justice, by reducing the sentence on the conviction of murder in the second degree to 15 years to life; as so modified, the judgment is affirmed.

The defendant has not preserved for appellate review his contentions regarding the court's instructions to the jury on the presumption of innocence and a defendant's right not to testify (*see, People v Williams,* 226 AD2d 406; *People v Cahill,* 220 AD2d 608). In any event, when viewed as a whole, the court's charge was proper (*see, People v Williams, supra,* at 406; *People v Actie,* 215 AD2d 570).

The defendant's sentence was excessive to the extent indicated herein.

The defendant's remaining contentions are without merit. Bracken, J. P., Pizzuto, Friedmann and McGinity, JJ., concur.